# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 50352

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) Filed: August 29, 2023 |
| Plaintiff-Respondent, | ) |
| | ) Melanie Gagnepain, Clerk |
| v. | ) |
| | ) THIS IS AN UNPUBLISHED |
| CONNORTON KEITH PATTERSON, | ) OPINION AND SHALL NOT |
| | ) BE CITED AS AUTHORITY |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael J. Reardon, District Judge.

Judgment of conviction and unified sentence of fifteen years with a minimum period of confinement of three years for attempted strangulation, and a concurrent unified sentence of fifteen years with a minimum period of confinement of three years for felony domestic violence in the presence of a child, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Jenny C. Swinford, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before LORELLO, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Connorton Keith Patterson was found guilty of attempted strangulation and felony domestic violence in the presence of a child, Idaho Code §§ 18-923, 18-918(2), 18-903(a), 18-918(4). The district court imposed a unified sentence of fifteen years with three years determinate for attempted strangulation, a concurrent unified term of fifteen years with three years determinate for felony domestic violence in the presence of a child, and retained jurisdiction. The district court subsequently relinquished jurisdiction. Patterson appeals, contending that his sentence is excessive.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion. Therefore, Patterson's judgment of conviction and sentence are affirmed.